IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Denton, Robert L

Printed: 6/24/08

Case Number: 07 B 21438
Judge: Squires, John H
Filed: 11/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,625.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,519.37 |
| Trustee Fee: |  | 105.63 |
| Other Funds: |  | 0.00 |
| Totals: | 1,625.00 | 1,625.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,864.50 | 1,519.37 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 609.01 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 368.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 1,165.08 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 51.65 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 525.04 | 0.00 |
| 8. | Capital One | Unsecured | 630.25 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 874.38 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 722.53 | 0.00 |
| 11. | American Express | Unsecured | 7,341.45 | 0.00 |
| 12. | American Express Centurion | Unsecured | 924.58 | 0.00 |
| 13. | American Express Centurion | Unsecured | 3,555.46 | 0.00 |
| 14. | American Express | Unsecured | 859.12 | 0.00 |
| 15. | American Express | Unsecured | 1,670.16 | 0.00 |
| 16. | American Express | Unsecured | 5,506.41 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 193.64 | 0.00 |
| 18. | Consumer Portfolio Services | Unsecured | 2,865.83 | 0.00 |
| 19. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 20. | Macy's | Unsecured |  | No Claim Filed |
| 21. | Illinois Dept Of Healthcare And Family | Unsecured |  | No Claim Filed |
| 22. | Chase | Unsecured |  | No Claim Filed |
| 23. | Citibank USA | Unsecured |  | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 25. | First Financial Credit Union | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Denton, Robert L | Case Number: 07 B 21438 |
|---|---|
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 11/15/07 |

| | | | | |
|---|---|---|---|---|
| 26. | GEMB | Unsecured | | No Claim Filed |
| 27. | Professional Bureau Collection | Unsecured | | No Claim Filed |
| 28. | Providian Bancorp | Unsecured | | No Claim Filed |
| 29. | Providian | Unsecured | | No Claim Filed |
| 30. | Credit One Bank | Unsecured | | No Claim Filed |
| 31. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |

$ 30,727.09         $ 1,519.37

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 105.63 |

$ 105.63

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____